# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

|  |  |
|---|---|
| **IN RE: CASE REASSIGNMENTS** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to 28 U.S.C. § 137, the following civil actions are hereby **REASSIGNED** to the

Honorable Katherine A. Crytzer, United States District Judge:

| Case No. | Case Name |
|---|---|
| 1:17-cv-108 | Bass et al v. Bobo Transportation, Inc. et al |
| 1:18-cv-91 | Simmons v. Hamilton County, TN |
| 1:18-cv-254 | Tennessee Riverkeeper, Inc. v. Hamilton County Wastewater Treatment Authority |
| 1:19-cv-45 | Messick v. Rusky, et al |
| 1:19-cv-55 | Kilgore v. Ruskey et al |
| 1:19-cv-96 | Olah v. Unum Life Insurance Company et al |
| 1:19-cv-176 | City of Chattanooga, Tennessee v. Walker County, Georgia et al |
| 1:19-cv-180 | Kilgore et al v. Ruskey et al |
| 1:19-cv-212 | Francis v. Huff et al |
| 1:19-cv-239 | Swanson v. AZZ Enclosure Systems-Chattanooga, LLC et al |
| 1:19-cv-282 | Rollins et al v. Cole et al |
| 1:19-cv-340 | Foxtrot Farms, LLC v. HeavenlyRx, Ltd. |
| 1:20-cv-22 | Johns Manville, Inc. v. Coker Millwrights Inc. et al |
| 1:20-cv-56 | Rader v. Tacala Tennessee Corp. et al |
| 1:20-cv-85 | Long v. C. R. Bard, Inc. et al |
| 1:20-cv-121 | Wilson et al v. Boston Scientific Corporation |
| 1:20-cv-241 | Lohman v. Boston Scientific Corporation |
| 1:20-cv-150 | Hitchcox v. Southern Tennessee Medical Center, LLC et al |

| | |
|---|---|
| 1:20-cv-181 | Carson v. Lemonade Insurance Company |
| 1:20-cv-202 | Duncan v. 84 Lumber Company, a Limited Partnership et al |
| 1:20-cv-222 | Kenco Transportation Management, LLC v. Nina Transport, Inc. |
| 1:20-cv-227 | Cross v. Hamilton County Government |
| 1:20-cv-239 | TSO Chattanooga Development, LP v. Great American Insurance Company |
| 1:20-cv-248 | Michigan Motor Technologies LLC v. Volkswagen Aktiengesellschaft et al |
| 1:20-cv-263 | Barber et al v. Blazin Wings, Inc. dba Buffalo Wild Wings and Buffalo Wild Wings Grill and Bar |
| 1:20-cv-268 | Cook v. Life Insurance Company of North America |
| 1:20-cv-279 | Lane v. Metro Services, Inc. |
| 1:20-cv-291 | Swallows v. Coloplast Corp. |
| 1:20-cv-318 | Harmon v. Unum Life Insurance Company of America et al |
| 1:20-cv-330 | Spitzer v. Zouki for America Corporation |
| 1:20-cv-348 | Strachan v. Lee University et al |
| 2:17-cv-220 | Roadside Protect, Inc. v. Allied Dispatch Solutions, LLC et al |
| 2:18-cv-85 | Campbell v. Knipper et al |
| 2:19-cv-105 | Acosta v. East Tennessee Hematology-Oncology Associates, P.C. |
| 2:19-cv-129 | Hicks v. Lowe's Home Centers, LLC |
| 2:19-cv-149 | Upchurch et al v. National Rifle Association et al |
| 2:19-cv-169 | Hamm v. Chrysler Group LLC |
| 2:19-cv-186 | Stallsmith v. Zurich American Insurance Company |
| 2:19-cv-213 | Trotter et al v. Walmart Stores East, LP |
| 2:20-cv-17 | Diversified Power International, LLC v. Arcarius, LLC et al |
| 2:20-cv-23 | Gray v. Ballad Health et al |
| 2:20-cv-30 | Johnson City Energy Authority v. United Telephone Southeast, LLC |
| 2:20-cv-32 | Houseright v. United States of America |
| 2:20-cv-60 | Mabry v. FFE Transportation Services, Inc. et al |
| 2:20-cv-84 | Allen v. Medley |
| 2:20-cv-110 | Orr et al v. Ethicon, Inc. et al |
| 2:20-cv-125 | Mayse et al v. Ethicon, Inc. et al |
| 2:20-cv-141 | Wilder v. Ethicon, Inc. et al |
| 2:20-cv-142 | Ratliff v. Ethicon, Inc. et al |
| 2:20-cv-152 | Bunch et al v. RHA Health Services et al |
| 2:20-cv-156 | Penley v. Greene County, Tennessee et al |
| 2:20-cv-163 | McClellan v. Social Security Administration, Commissioner of |
| 2:20-cv-177 | Reynolds v. Cocke County et al |
| 2:20-cv-195 | Pernell v. Unum Life Insurance Company of America |
| 2:20-cv-208 | Eyes v. United Propane Gas, Inc. et al |
| 2:20-cv-221 | Zappier et al v. Hamblen County, Tennessee et al |
| 2:20-cv-224 | Brooks v. Joerns Healthcare, LLC |

| | |
|---|---|
| 2:20-cv-247 | Collins v. Ballad Health et al |
| 2:20-cv-256 | White v. SKF USA Inc. et al |
| 3:16-cv-121 | Cosby v. Miller et al |
| 3:16-cv-317 | Hodge v. Blount County et al |
| 3:17-cv-313 | Adams et al v. Blount County et al |
| 3:17-cv-539 | Brault v. State Farm Fire and Casualty Insurance Company |
| 3:18-cv-254 | Kendrick v. Worldwide Equipment, Inc. |
| 3:18-cv-349 | Sawyer et al v. DDRTC Turkey Creek, LLC et al |
| 3:18-cv-374 | Tennessee Riverkeeper, Inc. v. City of Oak Ridge, Tennessee |
| 3:18-cv-434 | HealthStar, LLC et al v. Dynamic Vision, Inc. et al |
| 3:18-cv-498 | The Windy Oaks Condominium Association v. Owners Insurance Company |
| 3:18-cv-534 | Tellico Propane Gas, Inc. et al v. Lane et al |
| 3:19-cv-4 | Smokeys Hotel Management Inc. v. Endurance American Specialty Insurance Company |
| 3:19-cv-73 | Federal Engineers & Constructors, Inc. v. Relyant Global LLC et al |
| 3:19-cv-120 | North Star Technology International Limited v. Latham Pool Products, Inc. |
| 3:19-cv-162 | Winstead et al v. Brookhaven Retreat, LLC et al |
| 3:19-cv-173 | Foust v. Comcast Cable Communications, LLC |
| 3:19-cv-179 | Johnson v. Knox County, Tennessee et al |
| 3:19-cv-196 | LeGrande v. URS CH2M Oak Ridge, LLC et al |
| 3:19-cv-277 | Fullriver Battery Manufacture Co., Ltd. et al v. Systematic Power Solutions, LLC |
| 3:19-cv-294 | Tagert v. Anakeesta, LLC et al |
| 3:19-cv-316 | Lambert v. Perdue |
| 3:19-cv-343 | Weitzel v. Melancon et al |
| 3:19-cv-367 | Barker et al v. Focal Upright Furniture, LLC |
| 3:19-cv-409 | Goodale v. Elavon, Inc. |
| 3:19-cv-436 | Adenekan et al v. Clinical Resources, LLC et al |
| 3:19-cv-449 | Garcia v. HCFS Health Care Financial Services, LLC |
| 3:19-cv-463 | Marullo et al v. State Farm Mutual Auto Insurance Company et al |
| 3:19-cv-507 | Bennett v. Monroe County Sheriff's Department et al |
| 3:19-cv-513 | Avery v. Herschend Family Entertainment Corporation et al |
| 3:20-cv-19 | Berg v. Knox County, Tennessee et al |
| 3:20-cv-20 | United States of America v. $34,727.93 U.S. Currency |
| 3:20-cv-45 | United States of America v. North American Specialty Insurance Company |
| 3:20-cv-84 | Teasley v. Arconic Inc. et al |
| 3:20-cv-103 | Johnston v. Rausch |
| 3:20-cv-142 | Myers et al v. Consolidated Nuclear Security, LLC |
| 3:20-cv-155 | Hart v.  HCFS Health Care Financial Services, LLC |
| 3:20-cv-180 | Tory v. Morgan et al |

| | |
|---|---|
| 3:20-cv-184 | Page v. ReNuke Services, Inc. |
| 3:20-cv-204 | The University of Tennessee v. Tennessee Bonding Company |
| 3:20-cv-210 | Calhoun v. Walgreens Co. et al |
| 3:20-cv-216 | Abbott v. Social Security Administration, Commissioner of |
| 3:20-cv-227 | Sams v. Wal-Mart Stores East, LP, et al |
| 3:20-cv-238 | JB&B Capital, LLC v. SF Contracting, LLC et al |
| 3:20-cv-253 | Moore v. Express Services Inc. et al |
| 3:20-cv-255 | United States of America v. Additional Easement Rights et al |
| 3:20-cv-259 | JB&B Capital, LLC v. Rosende et al |
| 3:20-cv-262 | Greer et al v. Strange Honey Farm, LLC et al |
| 3:20-cv-278 | W G Holdings TN, LLC v. Kaplan Higher Education, LLC |
| 3:20-cv-289 | Dey v. Subaru of North America, Inc. |
| 3:20-cv-306 | Fairchild v. Social Security Administration, Commissioner of |
| 3:20-cv-340 | Foster v. Tucker |
| 3:20-cv-348 | Wirtz, II v. USAA General Indemnity Company |
| 3:20-cv-390 | Payne v. Commissioner of Social Security |
| 3:20-cv-407 | Doe v. Rausch |
| 3:20-cv-424 | Maritel, Inc. et al v. Sea Tow Services International, Inc. |
| 3:20-cv-437 | Williams v. City of Oak Ridge, Tennessee et al |
| 3:20-cv-452 | Woodard v. US Foods, Inc. |
| 3:20-cv-475 | Gillum v. Keurig Green Mountain, Inc. |
| 3:20-cv-502 | Cokesbury United Methodist Church, Inc. v. Brotherhood Mutual Insurance Company |
| 3:20-cv-507 | Evans v. Whaley Construction, LLC et al |
| 3:20-cv-512 | McCoy et al v. Sunrise Medical (US) LLC |
| 3:20-cv-518 | Roberts v. The Life Insurance Company of North America |
| 3:20-cv-519 | Allstate Property and Casualty Insurance Company v. Webster |
| 3:20-cv-522 | Thomas v. LeadPoint, Inc. |
| 4:20-cv-26 | George v. City of Winchester et al |
| 4:20-cv-40 | Silipo v. Hensley |

**SO ORDERED**.


*/s/ Travis R. McDonough*_____
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**