UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| **MICHAEL ALLEN SPITZER** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 1:20-CV-00330 |
| | ) | |
| v. | ) | |
| | ) | |
| **ZOUKI FOR AMERICA CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S FINAL WITNESS LIST

Comes now, Michael Allen Spitzer, pursuant to 26(a)(3)(A)(i) and makes his final witness list disclosure to Defendant, Zouki for America Corporation, as follows:

<u>Witnesses whom Plaintiff expects to present at trial:</u>

1. Michael Spitzer
   Plaintiff
   c/o Massey & Associates, P.C.
   6400 Lee Highway, Ste. 101
   Chattanooga, TN 37421
   423.697.4529

2. Faddy Zouky, individually and as the corporate representative of Defendant
   President of Zouki for America Corporation
   c/o Barham & Maucere, LLC
   6708 Heritage Business Court
   Chattanooga, TN 37421
   423.855.1755

3. Stacey Healy
   Employee Manager for Zouki for America Corporation
   c/o Barham & Maucere, LLC
   6708 Heritage Business Court
   Chattanooga, TN 37421
   423.855.1755

4. Shawn Torbey
   Employee Manager for Zouki for America Corporation
   c/o Barham & Maucere, LLC
   6708 Heritage Business Court
   Chattanooga, TN 37421
   423.855.1755

5. April Maynard
   Former COO for Zouki for America Corporation
   Address unknown
   423.596.3657

6. Melissa Krull
   Address unknown
   423.544.8462

7. Robert "Blaine" Phillips
   Address unknown
   423.710.4386

Witnesses whom the Plaintiff *may* call at trial if the need arises:

8. Samantha Biro
   Address unknown
   423.888.2940

9. Sheila LNIU
   Address unknown
   423.993.6438

10. Any witnesses identified by the parties in discovery responses or witness lists

11. Any witnesses necessary for impeachment or rebuttal

Respectfully submitted this 1st day of April, 2022

**Massey & Associates, P.C.**

*/s/ R. Ethan Hargraves*
R. Ethan Hargraves, BPR No. 033331
6400 Lee Highway, Ste. 101
Chattanooga, TN 37421
Ph: 423.697.4529
F: 423.634.8886
ethan@masseyattorneys.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 1st day of April 2022 delivered Plaintiff's Final Witness List on the following persons via the CMECF electronic filing system:

Steven G. Fuller
Barham & Maucere, LLC
6708 Heritage Business Court
Chattanooga, TN 37421

**Massey & Associates, P.C.**

*/s/ R. Ethan Hargraves*
R. Ethan Hargraves